Jimmie R. NIX, Appellant,

v.

NEWS–PRESS & GAZETTE CO., and Henry H. Bradley, and David R. Bradley and Alice Hrnicek, Respondents.

No. WD 38182.

Missouri Court of Appeals, Western District.

March 17, 1987.

William E. Erdrich, St. Joseph, for appellant.

Wendell E. Koerner, J. Brown, Douglas and Brown, St. Joseph, for respondents.

Before TURNAGE, P.J., and SHANGLER and GAITAN, JJ.

### ORDER

PER CURIAM:

Jimmie R. Nix appeals from an adverse judgment in his action for libel.

Judgment affirmed. Rule 84.16(b).